UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-cv-62393-WPD

WILFRED MONDESTIN,

    Plaintiff,

v.

CITIBANK, N.A.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal [DE 14] (the "Stipulation"), filed herein on June 7, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 7th day of June, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: Counsel of record